UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARISTA RECORDS LLC, *et al.*, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE FOR DOES 7, 11, AND 15** |
| Plaintiffs, | |
| v. | Case No.: 1:08-cv-00765-NPM-RFT |
| DOES 1-16, | |
| Defendants. | |

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant Does #7, #11, and #15, each party to bear its own fees and costs.

**LECLAIR KORONA GIORDANO COLE LLP**
Attorneys for Plaintiffs

Dated: March 30, 2009      By: /s/Steven E. Cole
                               Steven E. Cole, Esq.
                               Bar No. 301499
                               Attorneys for Plaintiffs
                               150 State Street, Suite 300
                               Rochester, New York 14614-1353
                               Telephone: (585) 327-4100
                               Fax: (585) 327-4200
                               E-mail: scole@leclairkorona.com